**CT CORPORATION**

August 04, 2008

FILED

AUG 07 2008 YM
AUG 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Arlene J. Kaminski
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Avenue,
Chicago, IL 60607

Re: Jean M. Jasinski, individually and as special Administrator on behalf of the Estate of Richard Jasinski, deceased, Pltf. vs. A W Chesterton Company, etc., et al. including Quin-T Corporation - New Hampshire, etc., Dfts.

Case No. 08cv4237

Dear Sir/Madam:

We are herewith returning the Notice of Lawsuit and Request for Waiver of Service of Summons, Attachment, Waiver Forms, Complaint, Exhibits which we received regarding the above captioned matter.

QUIN-T CORPORATION-NEW HAMPSHIRE withdrew to do business in the State of NH on 06/01/2004. When an entity withdraws, the designation of the registered agent is revoked. Service can no longer be taken on behalf of this entity.

Very truly yours,

Diane Fenton

Log# 513707913

cc: United States District Court, Northern District, Eastern Division
United States Courthouse,
219 South Dearborn Street,
Chicago, IL 60604

9 Capitol Street
Concord, NH 03301
Tel. 603 224 6535
Fax 603 228 0787

A WoltersKluwer Company

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Jean M. Jasinski, indiv. and as Special Administrator on behalf of the Estate of Richard Jasinski, deceased, <br> Plaintiff, <br> v. <br> AW Chesterton Company, et al., <br> Defendants. | Case No. 08cv4237 |

### NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS

TO:    Quin-T Corporation - New Hampshire
        c/o CT Corporation System
        9 Capitol Street
        Concord, NH 03301

     A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the Northern District of Illinois and has been assigned the case number listed above.
     This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within 30 days after the date designated below as the date on which this Notice and Request is sent. I enclose a stamped and addressed envelope for your use. An extra copy of the waiver is also attached for your records.
     If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days from the date if your address is not in any judicial district of the United States).
     If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules and Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on behalf of who you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive service of the summons, which is set forth at the foot of the waiver form.
     I affirm that this request is being sent to you on behalf of the plaintiff, this July 28, 2008.

                                                                _____
                                                                 Arlene J. Kamiński

MICHAEL P. CASCINO
CASCINO VAUGHAN LAW OFFICES, LTD.
220 S. Ashland Avenue
Chicago, Illinois 60607
312-944-0600

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Jean M. Jasinski, indiv. and as Special Administrator on behalf of the Estate of Richard Jasinski, deceased,<br>Plaintiff,<br>v.<br>AW Chesterton Company, et al.,<br>Defendants. | Case No. 08cv4237 |

### WAIVER OF SERVICE OF SUMMONS

TO: Arlene J. Kaminski
Cascino Vaughan Law Offices
220 S. Ashland Ave.
Chicago, IL 60607

  I acknowledge receipt of your request that I waive service of a summons in the action Jean M. Jasinski, indiv. and as Special Administrator on behalf of the Estate of Richard Jasinski, deceased v. AW Chesterton Company et al, which is case number 08cv4237 in the United States District Court for the Eastern District of Illinois. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.
  I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.
  I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of summons.
  I understand that a judgment may be against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after July 28, 2008 or within 90 days after the date if request was sent outside of United States.

_____
Date

_____
Signature
Printed Name:_____
[as _____]
[of Quin-T Corporation - New Hampshire]

See attached for terms of Duty to Avoid Unnecessary Costs of Service of Summons.

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Jean M. Jasinski, individually and as Special Administrator on behalf of the Estate of Richard Jasinski, deceased,<br><br>Plaintiff,<br><br>v.<br><br>AW Chesterton Company, a corporation;<br>CBS Corporation f/k/a Westinghouse Electric Corp.;<br>Durabla Manufacturing Company, a corporation;<br>Garlock Sealing Technologies, a corporation;<br>General Electric Company, a corporation;<br>Georgia Pacific Corporation, a corporation;<br>Goodrich Corporation (fka BF Goodrich Co.), a corporation;<br>Owens-Illinois Inc., a corporation;<br>Quin-T Corporation - New Hampshire, a corporation;<br>Uniroyal Goodrich Tire Company, a corporation;<br><br>Defendants. | FILED: JULY 25, 2008<br>08CV4237<br>CASE NO. JUDGE MANNING<br>MAGISTRATE JUDGE ASHMAN<br>AEE<br><br><br><br>**COMPLAINT** |

## COMPLAINT

Plaintiff Jean M. Jasinski (hereinafter "Plaintiff"), individually and as Special Administrator on behalf of the Estate of Richard Jasinski, deceased (hereinafter "Decedent"), by and through her attorneys, CASCINO VAUGHAN LAW OFFICES, LTD., complains of the defendants, AW Chesterton, a corporation; CBS Corporation f/k/a Westinghouse Electric Corp.; Durabla Manufacturing Company, a corporation; Garlock Sealing Technologies, a corporation; General Electric Company, a corporation; Georgia Pacific Corporation, a corporation; Goodrich Corporation f/k/a BF Goodrich Co., a corporation; Owens-Illinois Inc., a corporation; Quin-T Corporation - New Hampshire, a corporation; and Uniroyal Goodrich Tire Company, a corporation; as follows: