IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEAN M. JASINSKI, individually and as Special Administrator on behalf of the Estate of RICHARD JASINSKI, deceased, | CASE NO. 08-CV-4237 |
| Plaintiff, | JUDGE MANNING |
| | MAGISTRATE JUDGE ASHMAN |
| v. | |
| A. W. CHESTERTON COMPANY, et al., | |
| Defendants. | |

## NOTIFICATION AS TO AFFILIATES

The undersigned, counsel of record for CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation (hereinafter "Defendant"), furnishes the following pursuant to Local Rule 3.2:

(A)  Defendant states that it is corporation organized under the laws of Delaware with its principal place of business in New York, NY.

(B)  Defendant has no parent corporation.

    (C)    There are no entities that own more than 5% interest in Defendant.

**FOLEY & MANSFIELD PLLP**

    */s/ Demetra Arapakis Christos*
Daniel G. Donahue - #6193558
Demetra Arapakis Christos - #6291268
Attorney for Defendant

Foley & Mansfield PLLP
39 S. La Salle, Suite 1110
Chicago, IL 60603
(312) 233-2560
(312) 233-2565 [FAX]

Dated: <u>August 20, 2008</u>