IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEAN M. JASINSKI, individually and as Special Administrator on behalf of the Estate of RICHARD JASINSKI, deceased, | CASE NO. 08-CV-4237 |
| Plaintiff, | JUDGE MANNING |
| | MAGISTRATE JUDGE ASHMAN |
| v. | |
| A. W. CHESTERTON COMPANY, et al., | |
| Defendants. | |

**ANSWER TO COMPLAINT AND DEFENSES**

In accordance with the order, as amended, entered by the Honorable Charles R. Weiner on August 20, 1986, <u>In Re: Asbestos Litigation</u>, Misc. Docket No. 86-0457 (E.D. Pa.), this document serves as an Answer on behalf of CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation (hereinafter "Westinghouse"), to Plaintiff's Complaint, and all allegations contained in or incorporated in Plaintiff's Complaint, are denied.  This also serves to incorporate by reference the Westinghouse's Master Affirmative Defenses including any

amendments and supplements thereto.

                        Respectfully Submitted,

                        */s/ Demetra Arapakis Christos*
FOLEY & MANSFIELD PLLP
Daniel G. Donahue - #6193558
Demetra Arapakis Christos - #6291268
Foley & Mansfield PLLP
39 S. La Salle, Suite 1110
Chicago, IL 60603
(312) 233-2560
(312) 233-2565 [FAX]
Attorneys for Defendant,
Westinghouse