IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEAN M. JASINSKI, individually and as Special Administrator on behalf of the Estate of RICHARD JASINSKI, deceased, | CASE NO. 08-CV-4237 |
| Plaintiff, | JUDGE MANNING |
| | MAGISTRATE JUDGE ASHMAN |
| v. | |
| A. W. CHESTERTON COMPANY, et al., | |
| Defendants. | |

## JURY DEMAND

The defendant, CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation (hereinafter "Westinghouse"), hereby demands a jury on all issues of liability and damages, pursuant to Federal Rule of Civil Procedure 38.

                        **FOLEY & MANSFIELD PLLP**

                        */s/ Demetra Arapakis Christos*
                        Daniel G. Donahue - #6193558
                        Demetra Arapakis Christos - #6291268
                        Attorney for Defendant Westinghouse

Foley & Mansfield PLLP
39 S. La Salle, Suite 1110
Chicago, IL 60603
(312) 233-2560
(312) 233-2565 [FAX]

Dated:  August 20, 2008