# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4237 | **DATE** | 8/26/2008 |
| **CASE TITLE** | Jean M. Jasinski vs. AW Chesterton Company, et al | | |

**DOCKET ENTRY TEXT**

As this is a tag-along action, the Clerk is directed to place this action on the Court's suspense docket. Counsel shall advise the Court if they believe the action should be moved to the Court's active docket in the future. Status hearing set for 8/28/2008 is stricken. Terminating case.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SB |
|---|---|---|